IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:07-CR-199-MEF |
| | ) | |
| | ) | |
| | ) | |
| TAVARES MARSHALL, | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, J. Carlton Taylor, an attorney licensed to practice in the State of Alabama and the Middle District of Alabama, and respectfully files this Notice of Appearance of Counsel in the above referenced case on behalf of the Defendant, Tavares Marshall. Counsel further requests that all future notices, pleadings, motions and correspondence relating this case be served upon him.

**RESPECTFULLY SUBMITTED**, this the 2nd day of October, 2007.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR (TAY058)
Attorney for the Defendant

J. Carlton Taylor
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 2nd day of October, 2007.

                                      /s/ J. Carlton Taylor  
                                      J. CARLTON TAYLOR (TAY058)  
                                      Attorney for the Defendant

Christa Deegan  
Assistant U.S. Attorney  
PO Box 197  
Montgomery AL 36101-0197