IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-199-MEF |
| | ) | |
| TAVARES M. MARSHALL | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Tavares Marshall, into the custody of Mike Drummond, HIDTA, and/or Bob Caviness, Montgomery Police Department, and/or Becky Sparkman, Montgomery Police Department, from October 5, 2007, through Janurary 5, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Mike Drummond, HIDTA, and/or Bob Caviness, Montgomery Police Department, and/or Becky Sparkman, Montgomery Police Department, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 5th of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
Verne H. Speirs
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-199-MEF |
| | ) | |
| TAVARES M. MARSHALL | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
Verne H. Speirs
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-199-MEF |
| | ) | |
| TAVARES M. MARSHALL | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on October 5, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Tavares Marshall, to Mike Drummond, HIDTA, and/or Bob Caviness, Montgomery Police Department, and/or Becky Sparkman, Montgomery Police Department, on October 5, 2007, through January 5, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Mike Drummond, HIDTA, and/or Bob Caviness, Montgomery Police Department, and/or Becky Sparkman, Montgomery Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of October, 2007.

_____
Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE