IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07-cr-199-MEF |
| | ) | |
| TAVARES M. MARSHALL | ) | |
| | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Susan Redmond, as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Verne H. Speirs.

Respectfully submitted this the 12th of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

**MOTION GRANTED**

THIS 12th DAY OF October, 2007

_____
UNITED STATES MAGISTRATE JUDGE