**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **2:07-CR-199-MEF** |
| | ) | |
| | ) | |
| | ) | |
| **TAVARES MARSHALL,** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW**, the Defendant, Tavares Marshall, by and through the undersigned counsel, J. Carlton Taylor, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

**RESPECTFULLY SUBMITTED**, this the 28th day of November, 2007.

/s/  J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 28th day of November, 2007.

          /s/ J. Carlton Taylor_____
          J. CARLTON TAYLOR
          Attorney for the Defendant
          ASB 5037-L53J
          5748 Carmichael Parkway Suite D
          Montgomery, Alabama 36117
          (334) 244-0447
          (334) 244-0794
          jtaylor@fullerandtaylor.com

Christa Deegan
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197