```
        IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
    **v.** )    CASE NO. 2:07cr199-MEF
)
**TAVARES M. MARSHALL** )

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Tommie Brown Hardwick, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 21st day of February, 2008.

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                          **/s/Tommie Brown Hardwick**
                                          TOMMIE BROWN HARDWICK
                                          Assistant United States Attorney
                                          Bar Number: ASB4152 W86T
                                          131 Clayton Street
                                          Montgomery, Alabama 36104
                                          Phone: (334) 223-7280
                                          Fax: (334) 223-7135
                                          E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney